UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Turfco Manufacturing, Inc.,

Plaintiff,

vs.

Ty-Crop Turf Equipment, Inc.,
a Washington corporation,

Defendant.

Civil 01-266 (RHK/SRN)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 15, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification, this case is reassigned to Judge Ann D. Montgomery. Magistrate Judge Susan Richard Nelson remains the Magistrate on the case.

NEW CASE NUMBER 01-266 ADM/SRN

Use this case number for all further filings.