IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Turfco Manufacturing, Inc., a Minnesota corporation,

Plaintiff,

v.

Ty-Crop, Inc., a Washington corporation, and Ty-Crop Manufacturing Ltd., a Canadian corporation,

Defendant.

Court File No.: 01-266 ADM/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-captioned lawsuit has been settled as of March 8, 2002. Pursuant to the terms and conditions of the settlement, the parties stipulate and agree that the Court shall dismiss with prejudice Turfco's claims based on alleged acts of infringement before March 8, 2002. The parties also agree that this Court shall retain jurisdiction to enforce the terms of the settlement agreement as provided for by Schaefer Fan Co. v. J&D Manufacturing, Inc., 2001 WL 1021053 (Fed. Cir. Sept. 7, 2001) and Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994).

Dated: 3/29/02

BRIGGS AND MORGAN, P.A.

By [signature]
Michael H. Streater (#106331)
Kurt J. Niederluecke (#0271597)
2200 First National Bank Building
St. Paul, Minnesota 55101
Telephone: (651) 223-6600

Attorneys for Plaintiff

APR 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3-28-02

DORSEY & WHITNEY LLP

By J. Thomas Vitt

J. Thomas Vitt (#183817)
Kenneth E. Levitt (#253674)
Christopher A. Young (#288998)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants

**ORDER**

Based on the stipulation of the parties as set forth above, the Court dismisses with prejudice Turfco's claims based on alleged acts of infringement before March 8, 2002. The Court shall retain jurisdiction to enforce the terms of the settlement agreement as provided for by Schaefer Fan Co. v. J&D Manufacturing, Inc., 2001 WL 1021053 (Fed. Cir. Sept. 7, 2001) and Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994).

Dated: April 8, 2002

Ann D. Montgomery
Judge, United States District Court